AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| | |
|---|---|
| Date | Signature |
| | Print Name      Bar Number |
| | Address |
| | City      State      Zip Code |
| | Phone Number      Fax Number |

**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Alfonso Arroyo-Maldonado

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1813 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ALFONSO ARROYO-MALDONADO, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:        June 23, 2008                     /s/ Elizabeth M. Barros
                                                                    **ELIZABETH M. BARROS**
                                                                    Federal Defenders of San Diego, Inc.
                                                                    Attorneys for Alfonso Arroyo-Maldonado